IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hubbard, Rhonda D

Printed: 10/14/08

Case Number: 08 B 19655
Judge: Wedoff, Eugene R
Filed: 7/30/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: October 8, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Nationwide Acceptance Corp | Secured | 0.00 | 0.00 |
| 2. | Alliant Credit Union | Secured | 1,952.28 | 0.00 |
| 3. | AmeriCash Loans, LLC | Unsecured | 62.69 | 0.00 |
| 4. | Peoples Energy Corp | Unsecured | 11.13 | 0.00 |
| 5. | Maroon Financial | Unsecured | 14.30 | 0.00 |
| 6. | Devon Financial Services Inc | Unsecured | 22.91 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 86.83 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 4.59 | 0.00 |
| 9. | Sprint Nextel | Unsecured | 42.67 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 46.13 | 0.00 |
| 11. | Universal Lenders Inc | Unsecured | 108.40 | 0.00 |
| 12. | Monterey Financial Services | Unsecured | 294.84 | 0.00 |
| 13. | Cash Call | Unsecured |  | No Claim Filed |
| 14. | Capital One | Unsecured |  | No Claim Filed |
| 15. | Certegy Payment Recovery Services Inc | Unsecured |  | No Claim Filed |
| 16. | National Quick Cash | Unsecured |  | No Claim Filed |
| 17. | Cash Transfers Center | Unsecured |  | No Claim Filed |
| 18. | Check N Go | Unsecured |  | No Claim Filed |
| 19. | Credit One | Unsecured |  | No Claim Filed |
| 20. | Citi Auto | Unsecured |  | No Claim Filed |
| 21. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 22. | AAC | Unsecured |  | No Claim Filed |
| 23. | Julie Katz | Unsecured |  | No Claim Filed |
| 24. | Don Tech | Unsecured |  | No Claim Filed |
| 25. | LVNV Funding | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hubbard, Rhonda D

Printed: 10/14/08

Case Number: 08 B 19655
Judge: Wedoff, Eugene R
Filed: 7/30/08

| | | | | |
|---|---|---|---|---|
| 26. | National Credit Adjusters | Unsecured | | No Claim Filed |
| 27. | Tremont Financial | Unsecured | | No Claim Filed |
| 28. | Allgate Financial | Unsecured | | No Claim Filed |
| 29. | Sprint | Unsecured | | No Claim Filed |
| 30. | T Mobile USA | Unsecured | | No Claim Filed |
| 31. | Asset Management Group LLC | Unsecured | | No Claim Filed |
| 32. | U S Cellular | Unsecured | | No Claim Filed |
| 33. | Equitable Services INC. | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 2,646.77 | $ 0.00 |

### TRUSTEE FEE DETAIL

Fee Rate    Total Fees
_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_[signature]_